JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER M. HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, RAWLINGS MECHANICAL CORP., and DOES 1 through 50, inclusive,<br><br>Defendants. | NO. CV 10-02603 SJO (CWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendants Rawlings Mechanical Corporation ("Rawlings") and The Boeing Company's ("Boeing") (collectively, "Defendants") separate Motions for Summary Judgment, filed on November 16, 2010 and November 22, 2010, respectively.

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motions, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law. The Court grants Defendants' Motions against Plaintiff Alexander M. Hill ("Plaintiff"), who appeared *in propria persona*.

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,
2  and hereby is, entered in favor of Defendants Rawlings Mechanical Corporation and The Boeing
3  Company as to all claims.
4  IT IS SO ADJUDGED.

6  Dated: February 10, 2011.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2